TRACY WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ARMAND ROTH, CSBN 214624
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8924
    Facsimile: (415) 744-0134
    Email: armand.roth@ssa.gov
Attorneys for Defendant

**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORIS SOROCHKIN, | No. 2:20-cv-05392-AFM |
|     Plaintiff, | |
|     v. | {PROPOSED} JUDGMENT |
| ANDREW SAUL, Commissioner of Social Security, | |
|     Defendant. | |

The Court having approved the parties' stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the

1  Commissioner of Social Security for further proceedings consistent with the
2  stipulation to remand.

DATE: 4/27/2021

_____
THE HONORABLE ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE